Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x
IN RE:                                         :
Fosamax Products Liability Litigation          :    1:06-md-1789 (JFK)
                                               :
----------------------------------------------------x
*This Document Relates to:*                    :    **NOTICE OF APPEARANCE**
Mary Conway and                                :
Thomas Conway                                  :
v. Merck & Co., Inc.                           :
                                               :
Case No: 1:08-cv-00885-JFK                     :
----------------------------------------------------x

PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

2

Dated: February 26, 2008
     New York, New York

Respectfully submitted,

By: _____/s/_____
    Paul F. Strain

Venable LLP
Two Hopkins Plaza
1800 Mercantile Bank & Trust Bldg
Baltimore, MD 21201
(410)-244-7717
Fax: (410)-244-7742
Email: pfstrain@venable.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 26, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                      /s/
                              Paul F. Strain

                              Venable LLP
                              Two Hopkins Plaza
                              1800 Mercantile Bank & Trust Bldg
                              Baltimore, MD 21201
                              (410)-244-7717
                              Fax: (410)-244-7742
                              Email: pfstrain@venable.com